**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| TIFFANY BONITA MCCALL, | : | No. 177 MAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA TREASURY | : | |
| DEPARTMENT BUREAU OF | : | |
| UNCLAIMED PROPERTY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

AND NOW, this 18th day of September, 2018, the Application to Answer Respondent's Response is **GRANTED** and the Petition for Allowance of Appeal is **DENIED**.